# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | CRIMINAL NO: |
| vs. | § | EP:12-CR-00849(18)-FM |
| | § | |
| (18) Fernando Arellano-Romero | § | |

## ORDER VACATING PLEA - IN PERSON

IT IS HEREBY ORDERED that the above entitled and numbered case having been set for **PLEA - IN PERSON on Tuesday, August 10, 2021 at 03:30 PM is hereby VACATED until further order of the court. This matter is being referred to U.S. Magistrate Judge Anne T. Berton for a setting.**

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. If the defendant is on bond, counsel for the defendant shall notify the defendant that this matter is vacated.

IT IS SO ORDERED this 9th day of August, 2021.

_____
FRANK MONTALVO
UNITED STATES DISTRICT JUDGE